UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:15-cv-02827-CEH-JSS

ROBIN JORDAN,

    Plaintiff,

vs.

CYQUEST BUSINESS SOLUTIONS, INC.,
and DEVAN BROWN, an individual,

    Defendants.
_____/

### JOINT REQUEST FOR A SETTLEMENT CONFERENCE
### BEFORE UNITED STATES MAGISTRATE JUDGE

Plaintiff, Robin Jordan, and Defendants, CyQuest Business Solutions, Inc. and DeVan Brown (collectively the "Parties") , by and through their undersigned counsel and pursuant to this Court's Scheduling Order dated December 23, 2015 [D.E. # 8], hereby submit this Joint Request for a Settlement Conference with United States Magistrate Judge and state as follows:

1.    The Parties, through their counsel, met and conferred in person in a good faith effort to settle all pending issues, including attorney's fees and costs, on February 23, 2016.

2.    On March 22, 2016, pursuant to this Court's Scheduling Order dated December 23, 2015 [D.E. 8], the Parties filed a Joint Report Regarding Settlement [D.E. # 12] requesting an additional thirty (30) days to continue settlement discussions - through April 21, 2016.

3.    Inasmuch as the Parties are still interested in trying to settle this matter but

CASE NO. 8:15-cv-02827-CEH-JSS

have been unable to reach a settlement through informal negotiations via their respective counsel, they respectfully request a settlement conference before United States Magistrate Judge, Julie S. Sneed, who upon the consent of the parties shall have the authority to approve the settlement as a "fair and reasonable resolution of a bona fide dispute" over FLSA issues without additional filings made by the parties. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354-55 (11th Cir. 1982).

Respectfully submitted this 21st day of April, 2016.

| | |
|---|---|
| s/ STEVEN G. WENZEL | s/ JACQUELINE DE LEON |
| Steven G. Wenzel, Esq. | Jacqueline M. De Leon |
| swenzel@wfclaw.com | jmdeleon@gordonrees.com |
| Florida Bar No. 159055 | Florida Bar No. 115576 |
| Elisabeth A. Fontugne, Esq. | Robin Taylor Symons |
| efontugne@wfclaw.com | rsymons@gordonrees.com |
| Florida Bar No. 115954 | Florida Bar No. 356832 |
| WENZEL FENTON CABASSA, P.A. | GORDON & REES SCULLY MANSUKHANI |
| 1110 North Florida Avenue, Suite 300 | Southeast Financial Center |
| Tampa, Florida 33602 | 200 S. Biscayne Blvd., Suite 4300 |
| Telephone: (407) 420-1414 | Miami, Florida 33131 |
| Facsimile: (407) 245-3341 | Telephone: (305) 428-5300 |
| ***Attorneys for Plaintiff*** | Facsimile: (877) 644-6209 |
| | ***Attorneys for Defendants*** |