UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBIN JORDAN,

    Plaintiff,

v.                                                 Case No: 8:15-cv-2827-T-36JSS

CYQUEST BUSINESS SOLUTIONS, INC.
and DEVAN BROWN,

    Defendants.
_____/

## **O R D E R**

This matter comes before the Court upon the parties' Joint Request for a Settlement Conference Before United States Magistrate Judge (Doc. 13). The parties indicate that they have been unable to reach a settlement through informal negotiations, but would like a settlement conference before United States Magistrate Judge Julie S. Sneed.

Accordingly, it is now

**ORDERED:**

1.     The parties' Joint Request for a settlement Conference Before United States Magistrate Judge (Doc. 13) is **GRANTED**. This case is **REFERRED** to United States Magistrate Judge Julie S. Sneed to conduct a settlement conference.

2.     The parties shall attend the conference at the Magistrate Judge's direction.

3.     The details regarding the settlement conference will be contained in a separate order issued by the United States Magistrate Judge.

**DONE AND ORDERED** in Tampa, Florida on April 22, 2016.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any