UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBIN JORDAN,

    Plaintiff,

v.                                               Case No: 8:15-cv-2827-T-36JSS

CYQUEST BUSINESS SOLUTIONS, INC.
and DEVAN BROWN,

    Defendants.
_____/

## **O R D E R**

This matter is before the Court upon review of the file. Pursuant to a notice of settlement, on September 7, 2016, the Court entered an Order dismissing this action without prejudice and providing the parties an opportunity to submit a stipulation or final judgment for dismissal with prejudice (Doc. 25). To date, the parties have not submitted a stipulation or final judgment. Therefore, this matter will be dismissed with prejudice.

    ACCORDINGLY, it is now **ORDERED AND ADJUDGED:**

1.     This action is dismissed, with prejudice.

2.     The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on November 10, 2016.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
Counsel of Record and Unrepresented Parties, if any